## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:19-cr-00045-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER** |
| DONTE JAMAR SMITH, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing, it is therefore ordered that the Government's response to Defendant's Emergency Motion for Compassionate Release (ECF No. 33) be due on January 12, 2021.

DATED this 30th Day of December 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE